Terry MILNE, Appellant,

v.

STATE of Missouri, Respondent.

No. 64055.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We find no clear error and affirm pursuant to Rule 84.16(b)(2).

Further, we find an opinion in this matter would have no precedential value and affirm by written order. We have provided a memorandum for use by the parties only.

Matthew MOOREHEAD, Movant,

v.

STATE of Missouri, Respondent.

No. 64048.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

S. Paige Canfield, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Matthew Moorehead, appeals from the dismissal of his Rule 29.15 motion. The trial court dismissed his motion as untimely. *See* Rule 29.15(b).

The order of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The order of the trial court is affirmed. Rule 84.16(b).